UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON S. HAYS,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DEERE LANDSCAPES, INC.,<br><br>    Defendant. | Case No.  12-cv-05823-JST<br><br>**MINUTE ORDER NOTING DISCOVERY BRIEF**<br><br>Re: Dkt. No. 26 |

    The Court takes note of Defendant's Letter Brief at ECF No. 26, seeking terminating sanctions. The Court will await Defendant's motion to be filed on June 18, which will provide the appropriate mechanism for Plaintiff to offer any opposition.

    This terminates the motion at ECF No. 26.

    **IT IS SO ORDERED**.

Dated: June 15, 2013

                                             JON S. TIGAR
                                     United States District Judge