UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRANDON S. HAYS,

    Plaintiff,

    v.

JOHN DEERE LANDSCAPES, INC.,

    Defendant.

Case No. 12-cv-05823-JST

**ORDER CONTINUING HEARING AND ORDERING JAMES J. PETERS AND SARA PETERS TO SERVE A COPY OF THIS ORDER PERSONALLY ON PLAINTIFF BRANDON S. HAYS**

    The hearing on Defendant's motion for terminating sanctions is hereby CONTINUED to Thursday, September 5, 2013, at 2:00 p.m. The Court notes that, after filing its motion for terminating sanctions, Defendant has filed another Discovery Letter Brief. ECF No. 31. The Court will determine what action, if any, it should take regarding this new letter brief at or before the September 5 hearing.

    The Court also notes that, according to the website of the State Bar of California, both of Plaintiff's attorneys, James J. Peters and Sara Peters, are currently "not eligible to practice law," and have been ineligible since July 2, 2013.

    The Court hereby ORDERS James J. Peters and Sara Peters to personally serve a copy of this order on Plaintiff Brandon S. Hays no later than July 25, 2013.

    **TO PLAINTIFF BRANDON S. HAYS: The defendant in this case has filed a motion to dismiss your case. If the Court grants the motion, your case will be dismissed and you will be unable to receive money damages or any other relief from this Court. The Court will hold a hearing on defendant's motion on September 5, 2013, at 2:00 p.m., at 450 Golden Gate Avenue, San Francisco, California, 19th Floor, Courtroom 9. You are invited to attend the hearing personally or to authorize an attorney who is eligible to practice law to represent**

**you at that hearing.  You may appear at the hearing by telephone if you contact the courtroom deputy at 415-522-2036 and provide a phone number where you can be reached between 2:00 and 3:30 p.m. on September 5.**

The Clerk is directed to mail a copy of this order to James J. Peters' and Sara Peters' mailing address, return receipt requested, in addition to providing electronic service.

**IT IS SO ORDERED**.

Dated:  July 19, 2013

_____
JON S. TIGAR
United States District Judge